**Opinion filed October 25, 2012**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00096-CV

_____

## TOBY TAYLOR D/B/A TAYLOR MILLWRIGHT SERVICE, Appellant

## V.

## COOPER NATURAL RESOURCES, INC., A MISSOURI CORPORATION, Appellee

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 10-06-16021**

## M E M O R A N D U M   O P I N I O N

Toby Taylor d/b/a Taylor Millwright Service, appellant, has filed in this court a motion for voluntary dismissal pursuant to TEX. R. APP. P. 42.1(a)(1). In the motion, appellant states that this appeal is "moot" because "the parties have fully compromised and settled all issues in dispute, and have agreed that the trial court judgment remains in full force and effect." Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion is granted, and the appeal is dismissed.

October 25, 2012 PER CURIAM

Panel[1] consists of: Wright, C.J.,
McCall, J., and Hill.[2]

---

[1]Eric Kalenak, Justice, resigned effective September 3, 2012. The justice position is vacant pending appointment of a successor by the governor or until the next general election.

[2]John G. Hill, Former Chief Justice, Court of Appeals, 2nd District of Texas at Fort Worth, sitting by assignment.